

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/13/2023
```

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY  10022.3298

Rebecca Goldstein
212.497.6854 direct
212.583.9600 main
rgoldstein@littler.com

March 13, 2023

**APPLICATION GRANTED**

*Hon. Katharine H. Parker, U.S.M.J.*

03/13/2023

**VIA ECF**

Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *Estrella v. G.A.L. Manufacturing Company, LLC*; Case No. 22-cv-10990(PAE)(KHP)

Dear Judge Parker:

This firm represents Defendant GAL Manufacturing Company, LLC in the above-referenced matter.  Pursuant to Your Honor's Individual Practices in Civil Cases I(c), we write to request that the initial case management conference (and all related filings) currently scheduled for March 28, 2023 at 10:15 a.m. (ECF No. 6) be adjourned in light of the fact that this matter has been referred to the Court's Mediation Program (see ECF No. 20).  This is the first request for an adjournment of the initial case management conference.  Plaintiff's counsel consents to this adjournment request.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Rebecca Goldstein*

Rebecca Goldstein

cc:     All attorneys of record (via ECF)

littler.com