UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ESTRELLA BERNARDINO HERNANDEZ,

                        Plaintiff,

-v-

G.A.L. MANUFACTURING COMPANY, LLC,

                        Defendant.

22 Civ. 10990 (PAE) (KHP)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On April 28, 2023, the parties notified the Court that they have reached a settlement in principle. Dkt. 23. In light of that settlement, the Court denies the pending motion to dismiss at docket 12 as moot, without prejudice to renewal in the event that settlement is not consummated.

The Court respectfully orders the Clerk of the Court to terminate the motion pending at docket 12.

SO ORDERED.

                                                        *Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: May 1, 2023
       New York, New York